UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00255

**Sanderson Antonio Montilla,**
*Movant,*

v.

**United States of America,**
*Respondent.*

**ORDER**

Movant, proceeding pro se, filed this case and a motion to vacate, set aside, or correct his sentence. Doc. 1. The case was referred to a magistrate judge. The magistrate judge issued a report recommending that that motion be denied and that movant be denied a certificate of appealability. Doc. 10 at 12.

A copy of the report and recommendation was twice sent to movant at the address listed on the docket. The second mailing was returned as undeliverable. Doc. 11. Months later, movant submitted a letter asking for a status update. Doc. 12. Movant also provided a new address but said he "might not be at this address soon." *Id.* at 1.

Under Local Rule CV-11(d), a pro se litigant is "responsible for keeping the clerk advised in writing of his or her current physical address." And under the mailbox rule, proof that a letter was properly placed in the U.S. mail "creates a presumption" that the mail reached its destination in the usual time and was received by the person it was addressed to. *See Faciane v. Sun Life Assurance Co.*, 931 F.3d 412, 420–21 & n.9 (5th Cir. 2019).

To date, movant has not filed objections or otherwise responded to the report. When no party timely objects to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the

report's findings and recommendations. The motion to vacate, set aside, or correct sentence (Doc. 1) is denied. Movant is denied a certificate of appealability. This case is dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on September 30, 2025.*

J. CAMPBELL BARKER
United States District Judge